**FILED**
January 25, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LARRY D. HAMPTON, )<br>)<br>Defendant. ) | Case No. 2:17-cr-00009-GEB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, LARRY D. HAMPTON, Case No. 2:17-cr-00009-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $25,000.00.

    _X_ Co-signed Unsecured Appearance Bond

    \_\_\_ Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

    \_\_\_ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 1/25/2017 at 2:27 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge