HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
LARRY D. HAMPTON, III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:17-cr-00009-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| LARRY D. HAMPTON, III, | |
| Defendant. | Date:   March 24, 2017 |
| | Time:  9:00 a.m. |
| | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for Larry D. Hampton, III, that the status conference hearingscheduled for March 24, 2017 be vacated and continued to May 26, 2017 at 9:00 a.m..

Defense has received substantial discovery and is expecting to receive more this week. Further, defense needs time to interview additional witnesses and examine large volumes of allegedly counterfeit items.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including May 26, 2017,  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

1  based upon continuity of counsel and defense preparation.

2                                    Respectfully submitted,

3                                    HEATHER E. WILLIAMS
                                     Federal Defender
4

5  Date: March 22, 2017             */s/ Douglas J. Beevers*
                                     DOUGLAS J. BEEVERS
6                                    Assistant Federal Defender
                                     Attorneys for Defendant
7                                    LARRY D. HAMPTON, III

8  Date: March 22, 2017             PHILLIP A. TALBERT
                                     United States Attorney
9

10                                   */s/ Roger Yang*
                                     ROGER YANG
11                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                              <u>ORDER</u>

2        IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3 stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4 its order. The Court specifically finds the failure to grant a continuance in this case would deny

5 counsel reasonable time necessary for effective preparation, taking into account the exercise of

6 due diligence.  The Court finds the ends of justice are served by granting the requested

7 continuance and outweigh the best interests of the public and defendant in a speedy trial.

8        The Court orders the time from the date the parties stipulated, up to and including May

9 26, 2017, shall be excluded from computation of time within which the trial of this case must be

10 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv)

11 [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further**

12 **ordered the March 24, 2017 status conference hearingshall be continued until May 26,**

13 **2017, at 9:00 a.m. before Hon. Garland E. Burrell, Jr.**

14 Dated:  March 22, 2017

15

16

17                                      _____

18                                GARLAND E. BURRELL, JR.
                               Senior United States District Judge

19

20

21

22

23

24

25

26

27

28