1 HEATHER E. WILLIAMS, #122664
Federal Defender
2 DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, CA 95814
Telephone: (916) 498-5700
5 Fax: (916) 498-5710

6 Attorneys for Defendant
LARRY D. HAMPTON, III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-cr-00009-GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) |
| LARRY D. HAMPTON, III, | ) |
| Defendant. | ) Date: May 26, 2017 </br> ) Time: 9:00 a.m. </br> ) Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for Larry D. Hampton, III, that the status conference hearing scheduled for May 26, 2017 be vacated and continued to June 23, 2017 at 9:00 a.m..

Defense has received substantial additional discovery and needs additional time for review. Further, defense needs time to interview additional witnesses and examine large volumes of allegedly counterfeit items.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including June 23, 2017, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

based upon continuity of counsel and defense preparation.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 23, 2017

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorneys for Defendant
LARRY D. HAMPTON, III

Date: May 23, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Roger Yang*
ROGER YANG
Assistant U.S. Attorney
Attorney for Plaintiff

Stipulation and Order to Continue Status Conference        -2-        *U.S. v. Larry D. Hampton, III*, 2:17-cr-00009-GEB

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 23, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the May 26, 2017 status conference hearing shall be continued until June 23, 2017, at 9:00 a.m.**

**Dated: May 24, 2017**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge