| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | DOUGLAS J. BEEVERS, #288639<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>LARRY D. HAMPTON, III |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-00009-GEB |
| | ) | |
| Plaintiff, | ) | AMENDED STIPULATION AND |
| | ) | [PROPOSED] ORDER TO CONTINUE |
| vs. | ) | STATUS CONFERENCE |
| | ) | |
| LARRY D. HAMPTON, III, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Date: June 23, 2017 |
| | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for Larry D. Hampton, III, that the status conference hearing scheduled for June 23, 2017 be vacated and continued to August 25, 2017 at 9:00 a.m.

Defense has received substantial additional discovery and needs time to review. Further, defense needs time to interview additional witnesses and examine large volumes of allegedly counterfeit items.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including August 25, 2017, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

based upon continuity of counsel and defense preparation.

                                      Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Date: June 16, 2017                  */s/ Douglas J. Beevers*
                                      DOUGLAS J. BEEVERS
                                      Assistant Federal Defender
                                      Attorneys for Defendant
                                      LARRY D. HAMPTON, III

Date: June 16, 2017                  PHILLIP A. TALBERT
                                      United States Attorney

                                      */s/ Roger Yang*
                                      ROGER YANG
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 18, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the June 23, 2017 status conference hearing shall be continued until August 25, 2017, at 9:00 a.m. before Hon. Garland E. Burrell, Jr.**

Dated: June 16, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge