HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
LARRY D. HAMPTON, III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-cr-00009-GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) |
| LARRY D. HAMPTON, III, | ) |
| Defendant. | ) Date: March 2, 2018<br>) Time: 9:00 a.m.<br>) Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for Larry D. Hampton, III, that the status conference hearing is scheduled for March 2, 2018 be vacated and continued to April 6, 2018 at 9:00 a.m..

Defense counsel has received substantial discovery and needs additional time for review. A computer drive containing evidence was damaged in shipment and had to be re-sent. Further, attorney Douglas Beevers will be in trial in Fresno the first two weeks in March.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including April 6, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

Stipulation and Order to Continue Status Conference -1- *U.S. v. Larry D. Hampton, III*, 2:17-cr-00009-GEB

based upon continuity of counsel and defense preparation.

                    Respectfully submitted,

                    HEATHER E. WILLIAMS
                    Federal Defender

Date: February 28, 2018          */s/ Douglas J. Beevers*
                                      DOUGLAS J. BEEVERS
                                      Assistant Federal Defender
                                      Attorneys for Defendant
                                      LARRY D. HAMPTON, III

Date: February 28, 2018          McGregor W. Scott
                                      United States Attorney

                                      */s/ Roger Yang*
                                      ROGER YANG
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including April 6, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the March 2, 2018 status conference hearing is continued to April 6, 2018, commencing at 9:00 a.m.**

Dated: March 1, 2018

---
GARLAND E. BURRELL, JR.
Senior United States District Judge