1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DOUGLAS J. BEEVERS, #288639
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710
6  Attorneys for Defendant
   LARRY D. HAMPTON, III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-cr-00009-GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING RELEASE CONDITIONS |
| vs. | ) |
| LARRY D. HAMPTON, III, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for Larry D. Hampton, III, that the conditions of pretrial release ordered on January 26, 2017, may be modified to require defendant Larry D. Hampton III to participate in an out-patient drug treatment program. The proposed amended special conditions of release prepared by Pretrial Services are attached and the parties ask the Court to adopt them.

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 10, 2018        */s/ Douglas J. Beevers*
                          DOUGLAS J. BEEVERS
                          Assistant Federal Defender
                          Attorneys for Defendant
                          LARRY D. HAMPTON, III

Date: May 10, 2018        McGregor W. Scott
                          United States Attorney

                          */s/ Roger Yang*
                          ROGER YANG
                          Assistant U.S. Attorney
                          Attorney for Plaintiff

**O R D E R**

The amended conditions of pretrial release (attached) are hereby adopted.

IT IS SO ORDERED.

Dated: May 11, 2018        _____
                           HON. Allison Claire
                           United States Magistrate Judge

# AMENDED CONDITIONS OF RELEASE

Re: Larry D. Hampton III
No.2:17-CR-00009-GEB
Date: May 7, 2018

1) You must report in person to the Pretrial Services Agency today following your release from custody;
2) You must report in person to the Pretrial Services Agency today following your release from custody;
3) You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;
4) You must cooperate in the collection of a DNA sample;
5) You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;
6) You must not obtain a passport or other travel documents during the pendency of this Case.
7) You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;
8) You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;
9) You must refrain from excessive use of alcohol or any use of a narcotic drug or other
10) controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;
11) You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer; and
12) You must report any contact with law enforcement to your pretrial services officer within 24 hours.
13) You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.