| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | DOUGLAS J. BEEVERS, #288639<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorney for Defendant<br>LARRY D. HAMPTON, III |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:17-cr-00009-GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| | ) **TO CONTINUE SENTENCING HEARING** |
| v. | ) |
| LARRY D. HAMPTON, III. | ) DATE: July 13, 2018 |
| | ) TIME: 9:00 a.m. |
| Defendant. | ) JUDGE: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for defendant LARRY D. HAMPTON, III that the sentencing hearing scheduled for July 13, 2018 be reset to August 24, 2018 at 9:00 a.m.

Defense investigation not yet complete and there is a pending motion on an unresolved charge. Counsel for the defendant expects to resolve all issues on all counts by the proposed date.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded for defendant Larry Hampton III from the date of signing of this order

| | |
|---|---|
| 1 | through and including August 24, 2018 pursuant to 18 U.S.C. §3161 (h)(7)(A)and |
| 2 | (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and |
| 3 | defense preparation. |

Dated: July 2, 2018

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
LARRY D. HAMPTON, III

Dated: July 2, 2018

McGregor W. Scott
United States Attorney

*/s/ Roger Yang*
ROGER YANG
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 24, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the July 13, 2018 Sentencing hearing is continued to August 24, 2018, commencing at 9:00 a.m. before Hon. Garland E. Burrell, Jr.**

Dated: July 3, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge