| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | ROGER YANG<br>KEVIN C. KHASIGIAN |
| 3 | Assistant U. S. Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA  95814<br>Telephone: (916) 554-2700 |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LARRY D. HAMPTON, III,<br><br>        Defendant. | 2:17-CR-00009-GEB<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the guilty pleas and factual basis entered by defendant Larry D. Hampton, III, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.     Pursuant to 18 U.S.C. § 2323(b)(1), defendant Larry D. Hampton's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.    Seven (7) Northface jackets;
    b.    Six (6) Chi hairstyling irons;
    c.    Two (2) Nike NFL jerseys;
    d.    Six (6) pairs of Nike Free Run 2 shoes;
    e.    Twenty (20) Coach purses;
    f.    Seven (7) Majestic MLB jerseys;
    g.    Twenty-three (23) Adidas NBA jerseys;
    h.    Twenty-nine (29) Juicy Couture purses;
    i.    Twelve (12) Juicy Couture wallets;
    j.    Six (6) Mitchell & Ness MLB jerseys;
    k.    Fifty (50) Gucci hats;
    l.    One (1) Gucci purse;
    m.    Six (6) New Era Marvel hats;

n. Six (6) New Era hats;
o. Ten (10) Athletic Starter hats;
p. Two (2) MLB jerseys;
q. One (1) NBA jersey;
r. Twenty-four (24) Mitchell & Ness hats;
s. Twenty-five (25) New Era NFL hats;
t. Twelve (12) 47 Brand MLB hats;
u. Twenty-one (21) New Era MLB hats;
v. Twelve (12) New Era NHL hats; and
w. Twelve (12) Mitchell & Ness NFL hats.

2. The above-listed property constitutes property used, in any manner or part, to commit or to facilitate the commission of violations of 18 U.S.C. § 2320(a)(1). Pursuant to 18 U.S.C. § 2323(b)(2)(B), the Court shall order that any forfeited article or component of an article bearing or consisting of a counterfeit mark be destroyed or otherwise disposed of according to law.

3. Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2323(b)(2)(A), incorporated by 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from the receipt of direct written notice, whichever is earlier.

///
///
///
///

2

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2323(b)(1), in which all interests will be addressed.

SO ORDERED.

Dated: July 12, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge