KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
LARRY HAMPTON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Larry Hampton.<br><br>　　　　Defendants. | No. 17-CR-00009-GEB<br><br>STIPULATION AND<br>[PROPOSED] ORDER CONTINUING CASE<br>AND EXCLUDING TIME<br><br>Date:　November 2, 2018<br>Time:　9:00 am.<br>Judge:　Honorable Garland E. Burrell, Jr. |

　　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Roger Yang, Assistant United States Attorney, attorney for plaintiff, and Kyle Knapp, attorney for defendant Larry Hampton that the previously-scheduled status conference, currently set for August 24, 2018, be vacated and that the matter be re-set for status conference on November 2, 2018 at 9:00 a.m.

　　　　Defense counsel recently picked up this case on behalf of the CJA panel and needs additional time to fully digest what has happened prior to having joined the case. Further, defense counsel is currently engaged in a homicide case in state court. Counsel have conferred

1

and this continuance is requested to finalize investigation, review the discovery and fully prepare to fully resolve this matter or try the case.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, August 16, 2018, up to and including November 2, 2018.

IT IS SO STIPULATED.

Dated: August 16, 2018                    McGREGOR W. SCOTT
                                          UNITED STATES ATTORNEY

                                    by:   /s/ Roger Yang
                                          ROGER YANG
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

Dated: August 16, 2018                    /s/ Kyle R. Knapp
                                          KYLE KNAPP
                                          Attorney for Defendant
                                          LARRY HAMPTON

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's August 24, 2018 criminal calendar and re-calendared for status conference on November 2, 2018.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on August 16, 2018, through and including November 2, 2018.

**IT IS SO ORDERED**.

Dated: August 17, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge