KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
LARRY HAMPTON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Larry Hampton.<br><br>Defendants. | No. 17-CR-00009-GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Date: November 16, 2018<br>Time: 9:00 am.<br>Judge: Honorable Garland E. Burrell, Jr. |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Roger Yang, Assistant United States Attorney, attorney for plaintiff, and Kyle Knapp, attorney for defendant Larry Hampton that the previously-scheduled status conference, currently set for November 2, 2018, be vacated and that the matter be re-set for status conference on November 16, 2018 at 9:00 a.m.

    Defense counsel recently picked up this case on behalf of the CJA panel and needs additional time to fully digest what has happened prior to having joined the case. Counsel have conferred and this continuance is requested to finalize investigation, review the discovery and fully prepare to fully resolve this matter or try the case. Plea negotiations are on-going.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, October 31, 2018, up to and including November 16, 2018.

IT IS SO STIPULATED.

Dated: October 31, 2018 McGREGOR W. SCOTT
UNITED STATES ATTORNEY

by: /s/ Roger Yang
ROGER YANG
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: October 31, 2018 /s/ Kyle R. Knapp
KYLE KNAPP
Attorney for Defendant
LARRY HAMPTON

**[PROPOSED] ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's November 2, 2018 criminal calendar and re-calendared for status conference on November 16, 2018.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on October 31, 2018, through and including November 16, 2018.

**IT IS SO ORDERED**.
Dated: November 1, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge