KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
LARRY HAMPTON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 17-CR-00009-GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND ) [PROPOSED] ORDER CONTINUING CASE ) AND EXCLUDING TIME |
| v. | ) |
| Larry Hampton. | ) Date: January 4, 2019 ) Time: 9:00 am. ) Judge: Honorable Garland E. Burrell, Jr. |
| Defendants. | ) |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Roger Yang, Assistant United States Attorney, attorney for plaintiff, and Kyle Knapp, attorney for defendant Larry Hampton that the previously-scheduled status conference, currently set for November 16, 2018, be vacated and that the matter be re-set for status conference on January 4, 2019 at 9:00 a.m.

    Defense counsel recently picked up this case on behalf of the CJA panel and is still working through the received discovery and learning what happened procedurally prior to having joined the case. Counsel have conferred and this continuance is requested to finalize

1

investigation, review the discovery and fully prepare to fully resolve this matter. Plea negotiations to settle all matters continue and we simply need a bit more time.

      IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, November 14, 2018, up to and including January 4, 2019.

IT IS SO STIPULATED.

Dated: November 14, 2018                    McGREGOR W. SCOTT
                                                UNITED STATES ATTORNEY

                                    by:    /s/ Roger Yang
                                                    ROGER YANG
                                                    Assistant U.S. Attorney
                                                    Attorney for Plaintiff

Dated: November 14, 2018                    /s/ Kyle R. Knapp
                                                KYLE KNAPP
                                                Attorney for Defendant
                                                LARRY HAMPTON

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's November 16, 2018 criminal calendar and re-calendared for status conference on January 4, 2019.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on November 14, 2018, through and including January 4, 2019.

**IT IS SO ORDERED**.
Dated: November 14, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge