KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail:  kyleknapp@sbcglobal.net

Attorney for Defendant
LARRY HAMPTON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>Larry Hampton.<br><br>  Defendants. | No. 17-CR-00009-GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Date:  January 11, 2019<br>Time:  9:00 am.<br>Judge:  Honorable Garland E. Burrell, Jr. |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Roger Yang, Assistant United States Attorney, attorney for plaintiff, and Kyle Knapp, attorney for defendant Larry Hampton that the previously-scheduled status conference, currently set for January 4, 2019, be vacated and that the matter be re-set for status conference on January 11, 2019 at 9:00 a.m.

    Counsel have conferred and this continuance is requested to resolve the remaining count and place this matter in a posture for sentencing. A bit more time is needed to work out the final details and defense counsel has been hindered by an illness over the holidays which has delayed consultation with the defendant.

1

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, January 2, 2019, up to and including January 11, 2019.

IT IS SO STIPULATED.

Dated: January 2, 2019                                          McGREGOR W. SCOTT
                                                                UNITED STATES ATTORNEY

                                                        by:     /s/ Roger Yang
                                                                ROGER YANG
                                                                Assistant U.S. Attorney
                                                                Attorney for Plaintiff

Dated: January 2, 2019                                          /s/ Kyle R. Knapp
                                                                KYLE KNAPP
                                                                Attorney for Defendant
                                                                LARRY HAMPTON

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's January 4, 2019 criminal calendar and re-calendared for status conference on January 11, 2019.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on January 2, 2019, through and including January 11, 2019.

**IT IS SO ORDERED**.
Dated: January 4, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge