KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail:  kyleknapp@sbcglobal.net

Attorney for Defendant
LARRY HAMPTON

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  No. 17-CR-00009-GEB |
| | ) |
| Plaintiff, | )  STIPULATION AND |
| | )  ORDER CONTINUING CASE AND |
| | )  EXCLUDING TIME |
| v. | ) |
| | ) |
| Larry Hampton. | )  Date:   January 25, 2019 |
| | )  Time:  9:00 am. |
| Defendants. | )  Judge:  Honorable Garland E. Burrell, Jr. |
| | ) |
| | ) |
| | ) |

———————————————————

     IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Roger Yang, Assistant United States Attorney, attorney for plaintiff, and Kyle Knapp, attorney for defendant Larry Hampton that the previously-scheduled status conference, currently set for January 4, 2019, be vacated and that the matter be re-set for status conference on January 25, 2019 at 9:00 a.m.

     Counsel have conferred and this continuance is requested to resolve the remaining count and place this matter in a posture for entry of plea and sentencing. A bit more time is needed to work out the final details, speak with probation and fully discuss the final details with the defendant.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, January 10, 2019, up to and including January 25, 2019.

IT IS SO STIPULATED.

Dated: January 10, 2019

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

by:     /s/ Roger Yang_____
ROGER YANG
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: January 10, 2019

/s/ Kyle R. Knapp_____
KYLE KNAPP
Attorney for Defendant
LARRY HAMPTON

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's January 11, 2019 criminal calendar and re-calendared for status conference/entry of plea on January 25, 2019.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded from the time of the filing of this stipulation on January 10, 2019, through and including January 25, 2019.

**IT IS SO ORDERED**.

Dated:  January 11, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge